PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUSTAVO UBALDO SORIA,<br><br>Defendant. | CASE NO. 5:04-MJ-2066 JLT<br><br>UNITED STATES' MOTION TO DISMISS AND ~~PROPOSED~~ ORDER |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter for the following reasons.

The Federal Bureau of Investigation advised the government today that the defendant was apprehended in Mexico and is currently in flight to the United States. The United States moves to dismiss the UFAP complaint in this matter in order to allow the Kern County District Attorney's Office to pursue pending homicide charges filed against the defendant.

Dated: April 21, 2023

PHILLIP A. TALBERT
United States Attorney

By: */s/ KAREN A. ESCOBAR*
KAREN A. ESCOBAR
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  **April 21, 2023**

_____
UNITED STATES MAGISTRATE JUDGE